**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **MANOJLOVIC, ZACHERY M.** | ) | **BANKRUPTCY CASE 09-13861** |
| | ) | **Chapter 7** |
| | ) | |
| **DEBTORS.** | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA  98111-9221 | $ .20 |
| Claim #3 | Lutheran Hospital of Indiana<br>Innovative Recoveries<br>2123 Lincolnway Court<br>Fort Wayne, IN  46819 | $1.63 |
| Claim #4 | U.S. Collections West/SunWest FCU<br>P.O. Box 39695<br>Phoenix, AZ  85069 | $2.98 |
| Claim #5 | American InfoSource, LP<br>P.O. Box 248848<br>Oklahoma City, OK  73124-8848 | $ .12 |
| Claim #6 | Summit Radiology<br>Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ .15 |

Total Check Amount =  $5.08

Respectfully submitted,

/s/ Dustin M. Roach  
Dustin M. Roach, Chapter 7 Trustee  
436 East Wayne Street  
Fort Wayne, Indiana   46802  
Telephone: 260-424-8132  
dmrtrustee@vgtlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of November, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach  
Dustin M. Roach, Trustee